IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**ERIN M. GARRED**,                                                    CV 10-570-SU

            Plaintiff,                                          OPINION AND ORDER

      v.

**JACKIE L. WICK, WILLIAM**
**HOEFEL, SHIRLEY E. HODGE,**
**HEATHER M. VILLANUEVA,**
**SCOTT PETTERSON, VICKIE**
**CLARK, TERESA GRIFFIN,**
**BETTY WILSON, ASHLEY CLEMENTS**,

            Defendants.


**MOSMAN, J.**,

      On February 11, 2011, Magistrate Judge Sullivan issued a Findings and

Recommendation ("F&R") (#12) in the above-captioned case recommending that: (1)

defendants' motion to strike (#11) should be denied; (2) defendant Petterson's 12(b)(1) motion

to dismiss (#7) and Ms. Garred's motion to withdraw defendant Petterson (#10) should be

granted; (3) defendants' 12(b)(6) motion to dismiss (#3) should be granted—the First, Second

and Third Claims without prejudice, and the Fourth Claim with prejudice.


**DISCUSSION**

      The magistrate judge makes only recommendations to the court, to which any party may

file written objections. The court is not bound by the recommendations of the magistrate judge,

but retains responsibility for making the final determination. The court is generally required to

make a de novo determination regarding those portions of the report or specified findings or

recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the

court is not required to review, de novo or under any other standard, the factual or legal

conclusions of the magistrate judge as to those portions of the F&R to which no objections are

addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328

F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to

review the F&R depends on whether or not objections have been filed, in either case, I am free to

accept, reject, or modify any of the magistrate judge's F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Sullivan's recommendation, I ADOPT the F&R (#12)

as my own opinion.  Defendants' motion to strike (#11) is DENIED;  defendant Petterson's

12(b)(1) motion to dismiss (#7) with prejudice is GRANTED; Ms. Garred's motion to withdraw

defendant Petterson (#10) is GRANTED; and defendants' 12(b)(6) motion to dismiss (#3) is

GRANTED without prejudice as to the First, Second, and Third Claims, and with prejudice as to

the Fourth Claim for breach of contract.  If plaintiff has not filed an appropriate amendment

within 30 days, the remaining claims shall be dismissed with prejudice.

IT IS SO ORDERED.

DATED this __18th__ day of March, 2011.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court